## WOOLASTON'S LESSEE v. SPRINGER et al.

Supreme Court. New Castle. April, 1795.

*Bayard's Notebook, 96.*

PER CURIAM. If no liberty to ascertain defense be reserved upon entering into the common rule, at the trial the defendant must confess generally. If liberty be reserved, the defense may be ascertained either upon the view or at the trial.

*Bedford* and *Levy* for plaintiff. *Read* and *Bayard* for defendant.